IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
      LIABILITY LITIGATION(NO. VI):

91-2029

THIS DOCUMENT RELATES TO:
GEORGIA-PACIFIC CORPORATION CASES  :  CIVIL ACTION NO. MDL 875
ON THE ATTACHED LIST DC-MD 1

### ORDER

IT IS ORDERED that plaintiffs' Complaint and all crossclaims in the cases on the attached list are hereby dismissed, with prejudice, against Georgia-Pacific Corporation only.

BY THE COURT:

_____
Charles R. Weiner, J.

Date: May 8, 2000

**District of Arizona**

2-87-2200

2-87-2207

2-87-2208

2-89-100

**District of Columbia**

1-89-1816

**Southern District of Florida**

0-88-6708

0-92-6183

0-92-6184

0-92-6185

0-92-6187

0-92-6189

0-92-6190

0-92-6192

0-92-6193

0-92-6194

0-92-6196

0-92-6199

0-92-6200

0-92-6201

0-92-6202

0-92-6203

0-92-6204

0-92-6206

0-92-6207

1-90-1548

9-92-6184

9-92-6185

9-92-6189

9-92-6194

9-92-6196

9-92-6201

9-92-6204

9-92-6205

**District of Maryland**

1-86-3349

1-86-3350

1-86-3456

1-89-2168

1-91-2028

**1-91-2029**

**Western District of Missouri (MO)**

4-89-290

4-89-682

6-90-3410

**Eastern District of North Carolina**

7-89-74

**District of New Jersey**

3-90-828

**District of New Mexico**

1-89-1285

**Eastern District of New York**

0-92-5419

**Southern District of New York**

1-88-7774

1-88-8589

1-89-3211

1-89-3212

1-89-5657

1-90-3216

1-90-4327

1-90-6868

1-91-1879

1-91-2684

1-91-4000

1-91-4108

1-91-4109

1-91-5173

1-91-5777

1-91-5778

1-92-5327

1-92-6376

1-92-6380

1-92-7283

1-92-7284

1-92-7332

1-92-7333

1-93-36

1-93-37

1-93-40

1-93-1301

1-93-1302

1-93-1366

1-93-2087

1-93-3120

1-93-3855

1-93-4416

1-93-4485

1-93-4657

1-93-4717

1-93-5728

1-93-5881

1-93-5882

1-93-7052

1-93-7175

1-93-7178

1-93-189

1-94-322

1-94-323

1-94-1379

1-94-1890

1-94-1891

1-94-1892

1-94-3015

1-94-3221

1-94-3866

1-94-4396

1-94-5962

**Southern District of Ohio**

3-88-109

**Northern District of Oklahoma**

4-89-569

**Southern District of Texas**

3-88-126

3-88-153

3-88-172

**Western District of Texas**

1-90-516

5-90-1768

5-90-516

5-90-620

**Southern District of West Virginia**

3-89-1227

3-89-1242

MICHAEL E. KUNZ  
CLERK OF COURT  
(215) 597-7704

CLERK'S OFFICE  
ROOM 2609

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF PENNSYLVANIA  
UNITED STATES COURTHOUSE  
601 MARKET STREET  
PHILADELPHIA, PA 19106

FILED _____ ENTERED _____  
_____ LODGED _____ RECEIVED

MAY 1 5 2000

AT BALTIMORE  
CLERK U.S. DISTRICT COURT  
DISTRICT OF MARYLAND  
BY _____ DEPUTY

May 10, 2000

Frank L. Monge, Clerk  
U.S. DISTRICT COURT  
DISTRICT OF MARYLAND  
United States Courthouse  
101 West Lombard Street  
Baltimore, MD 21201-2691

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (VI) MDL 875

Dear Clerk:

Enclosed please find executed orders pertaining to the referenced litigation. Since our clerk's office is not maintaining the court records on the involved 70,000 actions, we are forwarding these orders to you for summary entry on the individual dockets and distribution to counsel of record and other appropriate action.

Thank you in advance for your time and attention. If you have any questions, please call me at (267) 299-7017.

Sincerely,

MICHAEL E. KUNZ  
CLERK OF COURT

Nicole Picariello  
MDL Coordinator

Enclosure