91-2029

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) ) ) ) ) This Document Relates to United States District Court for the Maryland ) ) ) (See Attachment A) ) ) ) | MDL 875 |

AUG 14 2000

___ FILED  ___ ENTERED
___ LODGED ___ RECEIVED

AUG 1 4 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

AND NOW, this 31st day of July, 2000, FIBREBOARD CORPORATION is hereby dismissed without prejudice in the cases on the attached list, which cases have been resolved.

By the Court:

Dated: 7/31/00

_____
Charles R. Weiner